IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KIMBERLY BUCKNER** | : | CIVIL ACTION NO. 1:15-cv-175 |
| | : | |
| Plaintiff | : | (Judge Kane) |
| | : | (Magistrate Judge Cohn) |
| v. | : | |
| | : | |
| **CAROLYN W. COLVIN,** | : | |
| **COMMISSIONER OF SOCIAL** | : | |
| **SECURITY** | : | |
| | : | |
| Defendant | : | |

## O R D E R

Before the Court in the above captioned action is a March 30, 2016 Report and Recommendation of the Magistrate Judge. No objections have been filed to the Report and Recommendation. **ACCORDINGLY**, this 21st day of April 2016, upon review of the record and the applicable law, **IT IS HEREBY ORDERED THAT:**

1) The Court adopts the Report and Recommendation (Doc. No. 22) of Magistrate Judge Cohn.

2) The appeal is **DENIED** as the ALJ's decision is supported by substantial evidence.

3) The Clerk of Court shall **CLOSE** the case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court